FILED
1:21 pm, 3/21/22
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GREGORY HORROCKS, as Wrongful Death Representative of SHIRLEY ANN SAMUELSON (deceased),<br><br>Plaintiff,<br><br>vs.<br><br>SB MANUFACTURING, INC., a Kansas Corporation,<br><br>Defendant. | Civil Case No. 21-CV-69-R |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of Plaintiff and Defendant, and the Court being fully advised in the premises;

HEREBY FINDS that good cause exists to GRANT the Stipulated Motion for Dismissal and hereby ORDERS that Plaintiffs' claims against defendant SB Manufacturing, INC. are hereby dismissed with prejudice, each party to pay their costs and attorneys' fees.

DATED this 21st day of March, 2022.

Kelly H. Rankin
United States Magistrate Judge